IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COWTOWN FOUNDATION INC.,** ) | |
| P.O. Box 422 ) | |
| Arrington, TN 37014 ) | |
| ) | |
| **ANDREW DOUGLAS as Heir and Representative** ) | |
| Of the Estate of ED DOUGLAS And ) | |
| **ODELL DOUGLAS** ) | |
| P.O.Box 253 ) | |
| Wisner, LA 71378 ) | |
| ) | |
| *Plaintiffs*, ) | Case No: 22-01166 |
| ) | |
| v. ) | |
| ) | |
| **U.S. DEPT. OF JUSTICE** ) | |
| Merrick Garland ) | |
| 950 Pennsylvania Avenue, NW ) | |
| Washington, DC 20530-0001 ) | |
| ) | |
| **THE UNITED STATES ATTORNEY** ) | |
| 555 4th St NW, ) | |
| Washington, DC 20530 ) | |
| ) | |
| **U.S. DEPT. OF AGRICULTURE** ) | |
| 1400 Independence Ave., S.W. ) | |
| Washington, DC 20250 ) | |
| ) | |
| **THE SECRETARY OF AGRICULTURE** ) | |
| Tom Vilsack ) | |
| U.S. Department of Agriculture ) | |
| 1400 Independence Ave., S.W. ) | |
| Washington, DC 20250 ) | |
| ) | |
| **INDEPENDENT COMMUNITY BANKERS** ) | |
| **OF AMERICA** ) | |
| Rebecca Rainey ) | |
| 1615 L Street NW ) | |
| Washington, DC. 20036 ) | |
| ) | |
| **AMERICAN BANKERS ASSN.** ) | |

1

**Rob Nichols**              )
**1120 Constitution Ave. NW**  )
**Washington, DC 20036**      )
                             )
**NATIONAL RURAL LENDERS ASSN.,** )
**Pam Moore – Wilcher**       )
**427 Western Hill Rd.**      )
**Pineville, LA. 71360-2641** )
                             )
    *Defendants*.            )

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiffs, Cowtown Foundation, Inc., Andrew Douglas, and the Estates of Ed Douglas and Odell Douglass and hereby notify the Court we are voluntarily dismissing our complaint without prejudice.

### Legal Standard

A plaintiff may voluntarily dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A). The dismissal is without prejudice unless otherwise stated. Fed. R. Civ. P. 41(a)(1)(B). A voluntary dismissal with prejudice serves as an adjudication on the merits and thus is a final judgment. Schmier v. McDonald's LLC, 569 F.3d 1240, 1242 (10th Cir. 2009); see Randall v. Merrill Lynch, 820 F.2d 1317, 1320 (D.C. Cir. 1987) (a second voluntary dismissal, which is a dismissal with prejudice, operates as an adjudication on the merits and is a final judgment); 8 James Wm. Moore et al., Moore's Federal Practice ¶ 41.34(c) (3d ed. 2013). A voluntary dismissal is self-executing; no further order from the court is needed. Edwards-Brown v. Crete Monee 201-U Sch. Dist., 491 Fed.

Appx. 744, 745 (7th Cir. 2012); Meineke v. H & R Block of Hous., 66 F.3d 77, 82 (5th Cir. 1995); De Leon v. Marcos, 659 F.3d 1276, 1283 (10th Cir. 2011); Moore et al, supra, ¶ 41.34 (6)(a). Once a plaintiff files the voluntary dismissal, "the case is closed and the plaintiff may not unilaterally withdraw or amend the [dismissal]." Moore et al, supra, ¶ 41.33.

Dated: May 4, 2022

Cheyenne, Wyoming
Charlotte, North Carolina

                          Respectfully submitted,

                          /s/ Jillian Hishaw_____

                          JILLIAN HISHAW
                          NC Bar # 57218
                          Hishaw Law, LLC
                          109 E. 17th St., Suite 5166
                          Cheyenne, WY 82001
                          Tel: (307) 228-0407
                          jhishaw@hishawlaw.com

                          *Counsel for Plaintiff*